United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>CARL M. KJER, et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00713 JSW<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

Pursuant to Civil Local Rule 72-1 and to the parties' unanimous consent, the above-captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes.

**IT IS SO ORDERED.**

Dated: May 18, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom