1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

KEN WALTERS, et al.,                                    No. C 06-0713 MEJ

12
                    Plaintiff(s),

13                                                       **ORDER VACATING JUNE 22, 2006**
       vs.                                               **CASE MANAGEMENT CONFERENCE**
14
CARL M. KJER EQUIPMENT RENTAL, et al.,                   **ORDER FOR PARTIES TO FILE JOINT**
15                                                       **STATUS STATEMENT UPON**
                    Defendant(s).                        **COMPLETION OF ENE**
16    _____/

17
18          As this matter is scheduled for Early Neutral Evaluation in August, the Court finds a Case

19   Management Conference unnecessary at this time and hereby VACATES the June 22, 2006 CMC.

20   Within ten days of completion of ENE, the parties shall file a joint status statement.

21          **IT IS SO ORDERED.**

22

23   Dated: June 16, 2006

24                                                       _____
                                                         MARIA-ELENA JAMES
25                                                       United States Magistrate Judge

26
27
28

United States District Court
For the Northern District of California