| | |
|---|---|
| 1 | W. Timothy Needham (CSB # 96542)<br>**JANSSEN, MALLOY, NEEDHAM, MORRISON,** |
| 2 | **REINHOLTSEN & CROWLEY, LLP**<br>730 Fifth Street |
| 3 | P.O. Drawer 1288<br>Eureka, CA 95501 |
| 4 | Telephone: (707) 445-2071<br>Facsimile: (707) 445-8305 |
| 5 | |
| 6 | Attorneys for Defendants |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEN WALTERS and JOHN BONILLA, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; TRUSTEES OF THE PENSION TRUST FUND FOR OPERATING ENGINEERS; TRUSTEES OF THE PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; TRUSTEES OF THE OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; TRUSTEES OF THE OPERATING ENGINEERS VACATION AND HOLIDAY PLAN, | Case No. C 06 0713 JSW<br><br>STATUS CONFERENCE STATEMENT FOLLOWING ENE SESSION<br><br>[Action Filed February 1, 2006]<br><br>**CASE MANAGEMENT CONFERENCE SCHEDULED FOR NOVEMBER 2, 2006, AT 10:00 A.M.** |
| Plaintiffs, | |
| vs. | |
| CARL M. KJER, individually; CARL M. KJER, Individually and doing business as CARL M. KJER EQUIPMENT RENTAL; CARL M. KJER EQUIPMENT RENTAL; CARL M. KJER, Individually and doing business as CARL M. KJER AND SONS; CARL M. KJER AND SONS, | |
| Defendants. / | |

This Status Conference Statement is submitted by the defendants. Defendants have attempted to contact counsel for plaintiffs and have been unable to do so.

---

STATUS CONFERENCE STATEMENT FOLLOWING ENE SESSION        1

1. This matter arises out of a claim by the plaintiffs that defendants did not make contributions under a pension plan for employees of the defendants. Defendants have asserted that, during the time period in question, they had no employees.

2. Defendants have stipulated to an audit of their books, a true and correct copy of which is attached hereto as Exhibit A. Defendants' books have been examined by an auditor retained by the plaintiffs and defendants are awaiting a determination by the plaintiffs whether they agree with defendants' position or if plaintiffs need any further books and records of defendants in order to make a determination whether defendants, indeed, had no employees.

Dated: August___, 2006              Respectfully submitted,

                                    JANSSEN, MALLOY, NEEDHAM,
                                    MORRISON, REINHOLTSEN & CROWLEY, LLP


                                    By _____
                                         W. TIMOTHY NEEDHAM
                                         Attorneys for Defendants

Based on the above representations, the Court hereby sets forth a case management conference for November 2, 2006, at 10:00 a.m. The parties are directed to file a case management statement seven days prior to the conference.

**IT IS SO ORDERED.**

*Judge Maria-Elena James*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

F:\CORELDOC\Elizabeth\WTN\Kjer\Pleadings\CMC Statement 8-30-06.wpd

///