IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEN WALTERS, et al.,

        Plaintiff(s),

  vs.

CARL M. KJER, et al.,

        Defendant(s).

No. C 06-0713 MEJ

ORDER CLOSING FILE

     On March 2, 2007, plaintiffs filed a notice of voluntary dismissal. Accordingly, the Clerk of Court shall close the file.

     IT IS SO ORDERED.

Dated: December 14, 2007

MARIA-ELENA JAMES
United States Magistrate Judge